Lawrence B. LOCKWOOD and Panip, LLC, Plaintiffs–Appellants,

v.

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP, Jonathan Hangartner, and Steve P. Hassid, Defendants–Appellees.

No. 2010–1189.

United States Court of Appeals, Federal Circuit.

July 28, 2010.

ESN, LLC, Plaintiff–Appellant,

v.

CISCO SYSTEMS, INC. and Cisco–Linksys, LLC, Defendants–Appellees.

No. 2010–1185.

United States Court of Appeals, Federal Circuit.

July 28, 2010.

**ON MOTION**

**ORDER**

RADER, Chief Judge.

Upon consideration of O'Melveny & Myers LLP's motion for leave to file a brief amicus curiae in support of the defendants-appellees,

IT IS ORDERED THAT:

The motion is granted.